1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JAMES SUTHERLIN,                )
                                )
        Plaintiff,             )    3:08-cv-00640-LRH (RAM)
                                )
v.                              )
                                )    O R D E R
BRUCE BANNISTER, et al.,        )
                                )
        Defendants.            )
_____)

       The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#36[1]) filed on July 17, 2009, in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (#14) and Plaintiff's Motion for a Preliminary Injunction (#8) be denied. No objections were filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

---

[1] Refers to court's docket number.

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2  Magistrate Judge (#36); therefore, Defendants' Motion to Dismiss (#14) and Plaintiff's Motion for
3  a Preliminary Injunction (#8) are denied.
4  IT IS SO ORDERED.
5  DATED this 20th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2