UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JAMES H. SUTHERLIN, ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00640-LRH-RAM |
| ) | |
| v. ) | |
| ) | O R D E R |
| BRUCE BANNISTER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid (#54[1]) entered on August 25, 2010, recommending granting Defendants' Motion for Summary Judgment (#48) filed on April 22, 2010, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#54) entered on August 25, 2010, should be adopted and accepted.

///

///

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
2  (#54) entered on August 25, 2010, is adopted and accepted, and Defendant's Motion for Summary
3  Judgment (#48) is GRANTED.
4  IT IS SO ORDERED.
5  DATED this 6th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE